IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIA CAMARA<br><br>*Petitioner*,<br><br>v.<br><br>J.L. JAMISON, et al.,<br><br>*Respondents*. | Civil Action No. 2:25-cv-7326 |

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on December 24, 2025 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted, |
| | DAVID METCALF<br>United States Attorney |
| */s/Jose C. Campos* <br>JOSE C. CAMPOS, ESQ.<br>The Campos Firm<br>251 East Broad Street<br>Bethlehem, PA 18018<br>Phone: (610) 868-2230<br>Email: jc@jccamposlaw.com<br><br>*Counsel for Petitioner* | */s/ Neelima Vanguri* <br>NEELIMA VANGURI<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8200<br>Email: neelima.vanguri@usdoj.gov<br><br>*Counsel for Respondents* |

**BY THE COURT**

Dated: December 30, 2025                     /s/ Jeffrey L. Schmehl
                                             JEFFREY L. SCHMEHL
                                             United States District Court Judge

2